# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Jorge Abel Valencia-Serna

CRIMINAL COMPLAINT
CASE: 15-10955M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about October 3, 2015 at or near Nogales, Arizona, in the District of Arizona, Jorge Abel Valencia-Serna, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on August 24, 20111 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

   Jorge Abel Valencia-Serna is a citizen of Mexico. On August 24, 20111, Jorge Abel Valencia-Serna was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On October 3, 2015, agents found Jorge Abel Valencia-Serna in the United States at or near Nogales, Arizona without the proper immigration documents. Jorge Abel Valencia-Serna did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Jorge Abel Valencia-Serna, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Jorge Abel Valencia-Serna admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on October 3, 2015, at or near Nogales, Arizona.

   File Date: 10/05/2015                                    at Tucson, Arizona

                                                            Ryan Lemme, Border Patrol Agent

                   Sworn to before me and subscribed in my presence,

   Date Signed: 10/05/2015

                                                            Charles R. Pyle
                                                    United States Magistrate Judge

                           Alien Number: 200 707 280