✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2015 OCT 28 P 4: 51

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JOHN S. LEONARDO
United States Attorney
District of Arizona
MICHAEL D. LOGALBO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.logalbo@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Jorge Abel Valencia-Serna,
aka Jorge Valencia,

    Defendant.

CR 15-1895 TUC RCC (DTF)

INDICTMENT

Violations:
8 U.S.C. § 1326 (enhanced by
8 U.S.C. § 1326(b)(2))

(Illegal Re-Entry)

**THE GRAND JURY CHARGES:**

On or about October 3, 2015, at or near Nogales, in the District of Arizona, Jorge Abel Valencia-Serna, aka Jorge Valencia, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about August 24, 2011, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL
/ S /

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona
    / S /

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

OCT 2 8 2015